UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| JIMMY DANIELS | Case No.: 16-01135-5-SWH |
| 81 Atkinson Road | |
| Elizabethtown, NC 28337 | |

SSN: xxx-xx-6913

**Debtor**

## OBJECTION TO CLAIM AND NOTICE THEREOF

The undersigned Attorney objects to the following claim on the basis set forth and hereby gives notice to creditor of such objection:

NAME AND ADDRESS OF CREDITOR/CLAIMANT

Claim #3
SPRINGLEAF FINANCIAL SERVICES OF NORTH CAROLINA, INC.
PO Box 3251
Evansville, IN 47731-3251

AMOUNT OF CLAIM

$12,022.88

BASIS OF OBJECTION AND RELIEF REQUESTED

The debtor disputes the amount claimed due to the fact that the value of the 1991 Chevrolet Corvertte is lower than the amount owed to Springleaf, see attached Exhibit A. The claim should be allowed to the extent of the value of the collateral: $8,500.00.

NOTICE IS HEREBY GIVEN to the creditor/claimant named above that if no response to the above objection is filed with the CLERK, U.S. BANKRUPTCY COURT - EDNC, P O BOX 791, RALEIGH, NORTH CAROLINA  27602, within THIRTY (30) DAYS of the date of this objection and notice, the relief requested by the Attorney herein may be granted without hearing or further notice.  Any party desiring a hearing must request a hearing in writing with the above Clerk within the time herein set forth; otherwise no hearing will be conducted unless the Court, in its discretion, directs that a hearing be set.  If a hearing is requested, such hearing will be conducted at a date, time and place to be later fixed by the Court and the parties requesting

such a hearing will be notified accordingly.  Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against him.

DATE OF OBJECTION AND NOTICE: April 25, 2016

/s/ Robert J. Anderson
Robert J. Anderson
N. C. State Bar No. 37992
GILLESPIE & MURPHY, P.A.
321 North Front Street
Wilmington, NC 28401
(910) 254-3456 phone
(910) 254-0625 facsimile
rja@lawyersforchrist.com

NORTH CAROLINA

NEW HANOVER COUNTY

AFFIDAVIT

I, **Jimmy Daniels,** being first duly sworn, do hereby deposes and says as follows:

1. That I filed a Chapter 13 Petition in the Eastern District of North Carolina, bearing Case No.: 16-01135-5-SWH.

2. That I have read the Objection to Claim of Springleaf Financial Services of North Carolina, Inc. prepared by my attorney, Robert J. Anderson, in my bankruptcy proceeding.

3. That the information contained in said Objection to Claim is true and accurate to the best of my knowledge and belief.

This the 19th day of April, 2016.

Jimmy Daniels

Subscribed and sworn to me before this 19th day of April, 2016.

/s/Trudy Olivia Turmel
Notary Public

Trudy Olivia Turmel

My Commission Expires:

2/21/2021

CERTIFICATE OF SERVICE

I, Robert J. Anderson, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 25th day of April 2016 copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification as indicated below:

| | |
|---|---|
| Richard M. Stearns | By Electronic mail |
| Chapter 13 Trustee | Nharrison@rms13.org |
| 1015 Conference Dr | |
| Greenville, NC 27858 | |

Springleaf Financial Services of North Carolina, Inc.
ATTN: Managing Agent
PO Box 3251
Evansville, IN 47731-3251

Jimmy Daniels
81 Atkinson Road
Elizabethtown, NC 28337

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 25, 2016.

/s/Robert J. Anderson
Robert J. Anderson